Commonwealth *v.* Fairell, Appellant.

Submitted November 8, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Frederick D. Wood,* for appellant.

*Bonnie Brigance Leadbetter* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Order affirmed.

Commonwealth *v.* Furtick, Appellant.

Argued May 4, 1971. Before BELL, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Matthew F. Coppolino,* with him *Mirarchi, DeFino & Coppolino,* for appellant.

*Ivan Michaelson Czap,* Assistant District Attorney, with him *Norris E. Gelman* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971.:
Judgment affirmed.
Mr. Justice JONES took no part in the consideration or decision of this case.

Commonwealth *v.* Sanders, Appellant.

Argued November 10, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and BARBIERI, JJ.